1042

[No. 45645-8-I.  Division One.  March 5, 2001.]

JACQUI MACCONNELL, *Respondent*, v. FOUNTAIN SUPER DRUG STORE, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-00094-0, Michael F. Moynihan, J., entered October 29, 1999. *Reversed* by unpublished opinion per Baker, J., concurred in by Ellington and Appelwick, JJ.

[Nos. 17663-1-III; 19120-6-III.  Division Three.  April 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN MONSON, *Appellant*.
*In the Matter of the Personal Restraint of* DAVID ALLEN MONSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 79-1-00156-3, James M. Murphy, J., entered June 15, 1998, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part*, and *remanded* and petition *dismissed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.

[Nos. 18702-1-III; 19872-3-III.  Division Three.  April 3, 2001.]

JOHN H. NUNEMAKER, *Respondent*, v. MARY EMMA ERIKSEN, *Individually and as Trustee, Appellant*.
*In the Matter of the Personal Restraint of* MARY EMMA ERIKSEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-2-00305-3, Evan E. Sperline, J., entered September 8, 1999, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.